## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Kelvin Trovia Blue and Jakira Danielle Davis, | ) Case No. 1:24-cr-205 |
| Defendant. | ) |

The Indictment returned by the grand jury in this case charges Defendants Kelvin Trovia Blue ("Blue") and Jakira Davis ("Davis") with one count of conspiracy to distribute and possess with intent to distribute controlled substances. (Doc. No. 9). It also charges Blue with three counts of possession with intent to distribute controlled substances. (Id.). The court has released Blue and Davis subject to a number of conditions pending final disposition of this case. (Doc. Nos. 97 and 202). Among Blue's and Davis's release conditions is the requirement that they have no direct or indirect contact with all of their co-defendants. (Id.).

Blue and Davis have two children together. Blue also has three children from another relationship. Davis is caring for all five children. On September 25, 2025, Blue filed a motion requesting that the court modify his release conditions to allow him to have contact with Davis for the purpose of visitation and contact with his children. (Doc. No. 205). On October 6, 2025, the court received a letter from Davis requesting that the court modify her conditions to allow for appropriate, safe, and supervised communication between Blue and his children. (Doc. No. 206).

The court **GRANTS** Blue's motion (Doc. No. 205) and shall modify Blue's and Davis's release conditions as follows. Blue and Davis shall not knowingly or intentionally have any direct

1

or indirect contact with witness(es), co-defendant(s) except: (1) counsel for Blue and Davis, or counsels' agent(s) or authorized representative(s), may have such contact with such person(s) as is necessary in the furtherance of Blue's and Davis's legal defense; and (2) Blue and Davis may have contact with each other for the purposes of facilitating Blue's communication and contact with his children and with the understanding that Blue and Davis shall not discuss this case.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States